IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SHEIK TEHUTI, § | |
| Plaintiff, § | |
| § | No. 3:11-CV-00923-M (BF) |
| v. § | |
| § | |
| TEXAS BAR ASSOCIATION, et al, § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Plaintiff's claims against Defendants Barett Daffin Frappier Turner & Engel LLP, Mary Daffin, Robert Frappier, Steve Turner, Brian Engel and Chalise Estes are dismissed with prejudice. Further, costs will be taxed against Plaintiff pursuant to Federal Rule of Civil Procedure 54(d)(1).

**SO ORDERED** this 23rd day of April, 2012.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS