IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SHEIK TEHUTI,            § | |
|     Plaintiff,     § | |
| § | No. 3:11-CV-00923-M (BF) |
| v.            § | |
| § | |
| TEXAS BAR ASSOCIATION,    § | |
|     Defendant.    § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Defendant State Bar of Texas' ("Defendant")[1] Motion to Dismiss and Brief in Support (doc. 19, "Motion to Dismiss") is **GRANTED**. Plaintiff's claims against Defendant are dismissed with prejudice. Further, costs will be taxed against Plaintiff pursuant to Federal Rule of Civil Procedure 54(d)(1). The Clerk of the Court is instructed to term Defendant's Supplemental Motion to Dismiss for Lack of Jurisdiction (doc. 22), filed on February 7, 2012, as the Court treated this motion as a reply to the Motion to Dismiss and not a separate motion.

Additionally, the Court **DENIES** the following motions as **MOOT**: (1) Motion for Default Judgment against Barrett Daffin Frappier Turner & Engel LLP (doc. 13), filed on November 18, 2011; (2) Motion for Summary Judgment, Motion for Hearing (doc. 15), filed on November 22, 2011; (3) Motion for Summary Judgment (doc. 21), filed on February 4, 2012; (4) Final Motion for

---

[1] Defendant is named in the Complaint and pleadings as the Texas Bar Association.

Judgment (doc. 24), filed on March 13, 2012; (5) Motion for Summary Judgment (doc. 25), filed on March 15, 2012; and (6) Motion to Amend Original Complaint (doc. 27), filed on April 5, 2012.

**SO ORDERED** this 31st day of May, 2012.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS